# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133291

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GREAT LAKES TOWING COMPANY,
            Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
            Defendant-Appellee.

SC: 133291
COA: 271556
Court of Claims: 04-000152-MT

_____/

On order of the Court, the application for leave to appeal the January 16, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

Clerk

t0521